AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| John Douglas Wright | ) Case: 1:21-mj-00398 |
|  | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/23/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __John Douglas Wright__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) and (4)(Engaging in Physical Violence in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) and (G)(Disorderly Conduct and Parading, Demonstrating, or Picketing); 18 U.S.C. § 231(a)(3)(Obstruction of Law Enforcement During Civil Disorder); 18 U.S.C. § 1512(c)(2)(Obstruction of Justice/Congress); 18 U.S.C. § 1001(False Statement to Federal Agents).

Date: 04/26/2021

*Issuing officer's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/26/2021, and the person was arrested on *(date)* 5/3/2021
at *(city and state)* CANTON, OH.

Date: 5/3/2021

*Arresting officer's signature*

TIMOTHY M. ALVORD  SA/FBI
*Printed name and title*