# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>JOHN DOUGLAS WRIGHT,<br><br>     Defendant | Criminal Action No. 21-341 (CKK) |

## ORDER
(September 23, 2021)

The Court is in receipt of Defendant's [21] Second Agreed Motion to Modify Conditions of Release, in which Defendant requests that the Court remove the "standalone monitoring and GPS requirement" from his conditions of release. The Government consents to Defendant's request.

The Court understands that Defendant is currently being monitored by a GPS ankle bracelet. Defendant indicates that his motion to remove GPS monitoring is based on his need "to travel for employment purposes." The Court previously denied Defendant's request to modify this same condition because Defendant did not provide sufficient information regarding his "employment purposes" or how the GPS ankle bracelet impedes them. *See* Order, ECF No. 18.

In the present motion, Defendant clarifies that he "owns and operates a charter bus company which involves overnight travel within Ohio and many of the surrounding states." Def.'s Mot. at 1, ECF No. 21. He explains that the "current GPS monitoring requires him to call ahead for any trips that he must take his GPS base unit with him" and that when he "unplugs the base unit" during his travels, it "sends a tamper alert to the system which requires the pretrial officer to access the GPS system to reset the location data." *Id.* He indicates that this occurs "each time the base station loses power and is moved to another outlet." *Id.*

The Court does not find that the inconvenience of moving the GPS base unit is a sufficient reason to remove the GPS location monitoring condition. Absent this condition, the Court has no other way to monitor Defendant's location—including during the periods in which he travels for work.

Accordingly, the Court **ORDERS** that Defendant's Second Motion to Modify Conditions of Release is **DENIED without prejudice.**

**SO ORDERED.**

Dated: September 23, 2021

                                                                                    /S/
                                                   COLLEEN KOLLAR-KOTELLY
                                                   United States District Judge