## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUBIA (Washington DC)

| UNITED STATES OF AMERICA | ) | CASE NO: 1:21-cr 00341 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE COLLEEN KOLLAR KOTELLY |
| | ) | |
| -vs- | ) | |
| | ) | |
| JOHN DOUGLAS WRIGHT | ) | **SPEEDY TRIAL WAIVER** |
| | ) | |
| Defendant. | ) | |

The court finds that the ends of justice served by granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h) (7) (A).

Accordingly, the below signatures reflect that the defendant has waived rights to a speedy trial pursuant to the Speedy Trial Act of 1974 (hereinafter "the Act").

The defendant further represents that he has discussed his rights under the Act with his attorney and specifically waives any and all such rights.

The attorney for the defendant hereby represents that counsel has discussed the defendant's rights under the Act with the defendant, is satisfied that the defendant understands said rights, and concurs with the decision of the defendant to waive said rights.

_____          _____ Noah Munyer
Defendant- John Douglas Wright            Counsel for Defendant- Noah C. Munyer (0086575)

**IT IS SO ORDERED**

 

**JUDGE COLLEEN KOLLAR KOTELLY**
**UNITED STATES DISTRICT JUDGE**