UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-cr-341 (CKK) |
| v. : | |
| : | |
| JOHN DOUGLAS WRIGHT, : | |
| : | |
| Defendant. : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Laura Hill is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: March 1, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Laura E. Hill
LAURA E. HILL
NV Bar No. 13894
Trial Attorney, Detailee
175 N Street, NE, 9th Floor
Washington, DC 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of
    Columbia
555 4th Street, NW
Washington, D.C. 20530