### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA (Washington DC)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-cr 00341** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE COLLEEN KOLLAR** |
| | ) | **KOTELLY** |
| | ) | |
| **-vs-** | ) | |
| | ) | |
| **JOHN DOUGLAS WRIGHT** | ) | <u>**NOTICE OF INTENT TO PLEAD**</u> |
| | ) | <u>**GUILTY AND REQUEST TO**</u> |
| **Defendant.** | ) | <u>**CONVERT STATUS HEARING**</u> |
| | ) | <u>**TO A CHANGE OF PLEA**</u> |
| | ) | <u>**HEARING**</u> |

Now comes the Defendant, **JOHN DOUGLAS WRIGHT**, by and through undersigned counsel, and hereby gives Notice of the Defendant's Intent to enter a guilty plea herein. Additionally, AUSA does not object to this Request.

In addition, Defendant respectfully moves this Court to convert the Status hearing scheduled on July 14, 2022 at 10:00 a.m. and set this matter for a Plea hearing.

Respectfully submitted,

 /s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for John Douglas Wright
121 South Main Street, Suite 520
Akron, Ohio 44308
attorneymunyer@gmail.com
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of July, 2022 a copy of the Notice of Intent to Plead Guilty and Convert Status Hearing to a Change of a Plea Hearing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for John Douglas Wright