## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:21-cr 00341** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE COLLEEN KOLLAR** |
| | ) | **KOTELLY** |
| | ) | |
| -vs- | ) | |
| | ) | |
| **JOHN DOUGLAS WRIGHT** | ) | **MOTION TO FILE UNDER** |
| | ) | **SEAL** |
| **Defendant.** | ) | |
| | ) | |

    Now comes the Defendant, **JOHN DOUGLAS WRIGHT**, and respectfully requests that this Court allow his Sentencing Memorandum Addendum be filed under seal. For the reasons stated below, the Defendant respectfully requests that this court enter an Order requiring the Sentencing Memorandum Addendum be filed under seal.

    The basis for this Motion is that said attachments and motion contains sensitive information. Accordingly, sensitive information will be released to the public without an Order to Seal.

    Wherefore, pursuant to Local Criminal Rule 5.1 (h), Defendant respectfully requests that this Court allow his Sentencing Memorandum Addendum to be filed under seal.

    Respectfully submitted,

    /s/ Noah C. Munyer
Noah C. Munyer (0086575)
Attorney for John Douglas Wright
121 South Main Street, Suite 520
Akron, Ohio 44308
attorneymunyer@gmail.com
(330) 253-0785 (telephone)
(330) 253-7432 (facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 22nd day of November 2022 a copy of the Notice of Intent to Plead Guilty and Convert Status Hearing to a Change of a Plea Hearing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                                  /s/ Noah C. Munyer
                                                  Noah C. Munyer (0086575)
                                                  Attorney for John Douglas Wright