UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-341-CKK |
| v. : | |
| : | |
| JOHN DOUGLAS WRIGHT, : | |
| : | |
| Defendant. : | |

NOTICE OF FILING OF VIDEO AND IMAGE EXHIBITS
PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video and image exhibits in support of sentencing in the above-captioned matter. Video clips are not in a format that readily permits electronic filing on CM/ECF. Video and image exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 1: Facebook profile picture showing Wright
- Exhibit 2: Facebook status posted by Wright
- Exhibit 3: Facebook messages between Wright and FB Contact 1
- Exhibit 4: Facebook picture shared by Wright
- Exhibit 5: Facebook messages between Wright and FB Contact 2
- Exhibit 6: Facebook event pages created by Wright
- Exhibit 7: Facebook picture shared by Wright
- Exhibit 8: Facebook messages between Wright and FB Contact 3
- Exhibit 9: Facebook messages between Wright and FB Contact 4
- Exhibit 10: Facebook messages between Wright and FB Contact 5

- Exhibit 11: Facebook messages between Wright and FB Contact 6
- Exhibit 12: Facebook messages between Wright and FB Contact 7
- Exhibit 13: Facebook messages between Wright and FB Contact 8
- Exhibit 14: Facebook messages between Wright and FB Contact 9
- Exhibit 15: Facebook messages between Wright and FB Contact 10
- Exhibit 16: Surveillance video showing the East Front of the Capitol grounds
- Exhibit 17: Open source picture of the East Front barricade line
- Exhibit 18: Open source picture of the East Front barricade line
- Exhibit 19: Rioter video showing Wright at the East Front barricade line
- Exhibit 20: Open source picture showing Wright at the East Front barricade line
- Exhibit 21: Rioter video showing Wright pushing metal fencing
- Exhibit 22: Rioter video showing Wright pushing metal fencing
- Exhibit 23: Rioter video showing Wright pushing metal fencing
- Exhibit 24: Open source picture showing Wright pushing metal fencing
- Exhibit 25: Facebook messages between Wright and FB Contact 11
- Exhibit 26: Open source picture showing Wright pushing metal fencing
- Exhibit 27: Open source picture showing Wright pushing metal fencing
- Exhibit 28: Open source picture showing Wright at the East Front barricade line
- Exhibit 29: Open source picture of rioters marching towards the Capitol building
- Exhibit 30: Open source picture of rioters on the East Front stairs of the Capitol building
- Exhibit 31: Facebook live video of the East Front stairs posted by Wright
- Exhibit 32: Facebook live video of the East Front stairs posted by Wright
- Exhibit 33: Surveillance video showing Wright entering the Capitol building

- Exhibit 34: Surveillance video showing Wright entering the Capitol building and Rotunda
- Exhibit 35: Surveillance video showing Wright in the Rotunda
- Exhibit 36: Facebook live video of the Rotunda posted by Wright
- Exhibit 37: Facebook message exchange between Wright and FB Contact 11
- Exhibit 38: Surveillance video showing Wright exiting the Rotunda and Capitol building
- Exhibit 39: Surveillance video showing Wright exiting the Capitol building
- Exhibit 40: Rioter video showing Wright at the top of the East Front stairs
- Exhibit 41: Interview with Wright published by The Canton Repository newspaper
- Exhibit 42: Facebook message exchange between Wright and FB Contact 12
- Exhibit 43: Facebook message exchange between Wright and FB Contact 13
- Exhibit 44: Facebook message exchange between Wright and FB Contact 14
- Exhibit 45: Facebook status posted by Wright
- Exhibit 46: Facebook message exchange between Wright and FB Contact 15
- Exhibit 47: Facebook picture shared by Wright
- Exhibit 48: Facebook message exchange between Wright and FB Contact 16
- Exhibit 49: Facebook message exchange between Wright and FB Contact 17
- Exhibit 50: Facebook message exchange between Wright and FB Contact 18
- Exhibit 51: Facebook message exchange between Wright and FB Contact 19
- Exhibit 52: Facebook message exchange between Wright and FB Contact 20
- Exhibit 53: Facebook story update posted by Wright
- Exhibit 54: Facebook story updates posted by Wright
- Exhibit 55: Facebook status posted by Wright
- Exhibit 56: Facebook story update posted by Wright

- Exhibit 57: Facebook message exchange between Wright and FB Contact 21
- Exhibit 58: Facebook status and picture shared by Wright
- Exhibit 59: Facebook picture shared by Wright
- Exhibit 60: Facebook message exchange between Wright and FB Contact 22
- Exhibit 61: Facebook picture shared by Wright
- Exhibit 62: Sentencing Transcript, *United States v. Gregory Rubenacker*, 21-cr-193-BAH
- Exhibit 63: Rioter video showing Wright pushing metal fencing

If the Court accepts these proposed video and image exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:  s/ *Will N. Widman*
     WILL N. WIDMAN
     Trial Attorney, Detailee