UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-cr-341 (CKK) |
| v. | : | |
| | : | |
| JOHN DOUGLAS WRIGHT, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Joshua D. Champagne is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 28, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Joshua D. Champagne*

JOSHUA D. CHAMPAGNE
DC Bar No. 1013246
Trial Attorney
National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 514-0849
Joshua.Champagne@usdoj.gov